IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ANA L. MEJIA | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § EP-13-CV-368-KC |
| | § |
| O'REILLY AUTOMOTIVE STORES, | § |
| INC., d/b/a O'REILLY AUTO PARTS | § |
| | § |
| **Defendant**. | § |
| | § |

## ORDER

On this day, the Court considered the above-captioned case (the "Case"). On July 29, 2014, the parties informed the Court that they had achieved settlement. *See* ECF No. 18. Accordingly, unless the parties submit final closing papers **on or before August 29, 2014,** the Court will dismiss the Case without costs and without prejudice to the rights of any party thereto to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

It is **ORDERED** that the Scheduling Order in the Case, ECF No. 3, and the Trial Preparation Order, ECF No. 4, and all deadlines established therein, are hereby **VACATED**.

It is **FURTHER ORDERED** that Defendant's 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF No. 14, and Plaintiff's Motion for Leave to File Surreply, ECF No. 17, are **DENIED** as moot.

**SO ORDERED**.

SIGNED this 30th day of July, 2014.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE